**Dismissed; Opinion Filed January 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00751-CV

**SHIRLEY DELAYNE KEATON, Appellant**
**V.**
**A TO Z USA OPERATIONS, LLC, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87528**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's letter-motion requesting dismissal of the appeal pursuant to

Texas Rule of Appellate Procedure 42.1(a)(2)(A).  *See* TEX. R. APP. P. 42.1(a)(2)(A).  Appellant

explains the parties have settled their dispute and agreed that each party will bear its own costs

"from both the proceedings in the trial court and in this Court."  The parties' agreement, however,

is not attached to the motion.  *See id.*  Accordingly, we grant the motion to the extent we dismiss

the appeal.  *See id.* 42.1(a)(1), 43.2(f).

/Erin A. Nowell/
ERIN A. NOWELL
190751F.P05                                        JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SHIRLEY DELAYNE KEATON,
Appellant

No. 05-19-00751-CV      V.

A TO Z USA OPERATIONS, LLC,
Appellee

On Appeal from the 196th Judicial District
Court, Hunt County, Texas
Trial Court Cause No. 87528.
Opinion delivered by Justice Nowell,
Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee A to Z USA Operations, LLC recover its costs, if any, of this appeal from appellant Shirley Delayne Keaton.

Judgment entered this 15th day of January, 2020.